```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES SECURITIES AND        :
EXCHANGE COMMISSION,                :
                                    :
            Plaintiff,              :
                                    :
        v.                          :      22 Civ. 3553
                                    :         ORDER
 DAVID LEE STONE, et al.,           :
                                    :
            Defendants.             :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The parties in the above captioned matter are directed to submit a briefing schedule for an order to show cause hearing to be scheduled on the earliest date possible.

**SO ORDERED:**

Dated:  New York, New York
        03 May 2022

_____
Victor Marrero
U.S.D.J.