UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES SECURITIES AND       :
EXCHANGE COMMISSION,               :
                                   :
            Plaintiff,             :
                                   :
        v.                         :         22 Civ. 3553
                                   :            **ORDER**
 DAVID LEE STONE, et al.,          :
                                   :
            Defendants.            :
------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Plaintiff's memorandum of law in support of its motion (Dkt. No. 4) exceeds the page limitations specified in Rule II.D. of the Court's Individual Practices, for which Plaintiff did not seek permission. The Clerk of the Court is directed to strike document number 4 from the docket but retain the summary docket text for the record. Plaintiff is directed to file a memorandum of law in accordance with the Court's Individual Practices.

**SO ORDERED:**

Dated:  New York, New York
        04 May 2022

_____
Victor Marrero
U.S.D.J.