FRANK D. GOLDMAN
goldmanf@sec.gov
NICHOLAS P. HEINKE (*pro hac vice*)
heinken@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>DAVID LEE STONE and<br>JOHN D. ROBSON,<br><br>      Defendants,<br><br>and<br><br>HAROLD J. STONE,<br>GWENDOLYN STONE,<br>JUSTIN BLAKESLEY, and<br>BRETT R. ADAMS,<br><br>      Relief Defendants. | 22 Civ. 3553 ( VM )<br><br>**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S CONSENTED-TO MOTION FOR MODIFICATION OF TRO ORDER AS TO RELIEF DEFENDANT JUSTIN BLAKESLEY** |

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this consented-to motion for a modification of the Order Freezing Assets and Providing for Other Ancillary Relief (Dkt. No. 17) ("TRO Order") as to Relief Defendant Justin Blakesley. In support of this Motion, the SEC states as follows:

1. On Tuesday, May 3, 2022, this Court entered the TRO Order, which froze up to $1,080,887 of assets, funds, or other property of Relief Defendant Justin Blakesley. *See* TRO Order at I.D.

2. The SEC has conferred with Mr. Blakesley's counsel regarding a proposed carve-out from this asset freeze for purposes of permitting Mr. Blakesley to pay reasonable living expenses. Counsel for Mr. Blakesley has represented that his monthly necessary living expenses total approximately $6,050. Counsel for Mr. Blakesley has also represented that he currently is employed, and earns approximately $2,500 per pay period, every two weeks.

3. The SEC and Mr. Blakesley have agreed that Mr. Blakesley should be able to access the funds that he earns from his employment, up to $6,050 per month, to pay for reasonable living expenses.

4. The SEC and Mr. Blakesley have further agreed that the TRO Order shall, in all other respects, remain in effect until the Court issues a ruling following the show cause hearing in this matter.

5. The SEC has provided a copy of this Motion and proposed Order to counsel for Mr. Blakesley, who consent to its filing.

//
//
//
//
//
//
//

WHEREFORE the SEC respectfully requests the Court modify the TRO Order by entering the attached proposed Order.

Dated: May 10, 2022

                                          Respectfully submitted,

                                          *s/ Nicholas P. Heinke*
                                          Frank D. Goldman (FG9921)
                                          Nicholas P. Heinke (*pro hac vice*)
                                          SECURITIES AND EXCHANGE COMMISSION
                                          1961 Stout Street, 17th Floor
                                          Denver, Colorado 80294
                                          (303) 844-1000
                                          goldmanf@sec.gov
                                          heinken@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the parties or their counsel, by email.

*s/ Nicholas P. Heinke*
