**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br>                            Plaintiff, <br><br>         v. <br><br> DAVID LEE STONE and <br> JOHN D. ROBSON, <br><br>                       Defendants, <br><br> and <br><br> HAROLD J. STONE, <br> GWENDOLYN STONE, <br> JUSTIN BLAKESLEY, and <br> BRETT R. ADAMS, <br><br>                    Relief Defendants. | 22 Civ. 3553 ( VM ) |

**ORDER MODIFYING ORDER FREEZING ASSETS AND PROVIDING FOR OTHER ANCILLARY RELIEF AS TO RELIEF DEFENDANT JUSTIN BLAKESLEY**

On May 3, 2022, this Court issued an emergency *ex parte* order: (1) freezing funds and other assets of Defendants David Lee Stone ("Stone") and John D. Robson ("Robson") (collectively, "Defendants"), and Relief Defendants Harold J. Stone ("H. Stone"), Gwendolyn Stone ("G. Stone"), Justin Blakesley ("Blakesley"), and Brett R. Adams ("Adams") (collectively, "Relief Defendants"); (2) requiring Defendants and Relief Defendants to provide accountings of all funds or other assets; (3) prohibiting the destruction or alteration of documents; (4) providing for expedited discovery; (5) providing alternative service; (6) providing for the repatriation of

funds, as necessary; and (7) setting this matter for a further hearing (Dkt. No. 17) ("TRO Order").

Plaintiff United States Securities and Exchange Commission ("SEC") and Relief Defendant Justin Blakesley have agreed that the TRO Order should be modified to permit Mr. Blakesley to have access to the funds he earns from his employment, up to $6,050 per month, to pay for reasonable living expenses.

Now, therefore:

IT IS HEREBY ORDERED that, pending a ruling following a show cause hearing or other stipulation agreed to by the parties and entered by this Court, Relief Defendant Justin Blakesley shall be permitted to open an account at a bank or other financial institution into which the funds he earns from his employment, and no other funds, shall be deposited (the "Employment Account").

IT IS HEREBY FURTHER ORDERED that funds in the Employment Account, up to $6,050 per month, shall not be subject to the asset freeze in the TRO Order. Mr. Blakesley shall be permitted to access and spend funds in the Employment Account, up to $6,050 per month, for reasonable living expenses.

IT IS HEREBY FURTHER ORDERED that the TRO Order shall remain in effect in all other respects.

SO ORDERED, this _11_ day of May, 2022, at ___9___ o'clock _a_ m.

Victor Marrero
U.S.D.J.