FRANK D. GOLDMAN
goldmanf@sec.gov
NICHOLAS P. HEINKE (*pro hac vice*)
heinken@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID LEE STONE and JOHN D. ROBSON,<br><br>      Defendants,<br><br>and<br><br>HAROLD J. STONE, GWENDOLYN STONE, JUSTIN BLAKESLEY, and BRETT R. ADAMS,<br><br>      Relief Defendants. | 22 Civ. 3553 ( VM )<br><br>**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S CONSENTED-TO MOTION FOR ENTRY OF STIPULATED ORDER RELATING TO DEFENDANT ROBSON AND RELIEF DEFENDANT ADAMS** |

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this consented-to motion for a stipulated order continuing, with certain modifications, the Order Freezing Assets and Providing for Other Ancillary Relief (Dkt. No. 17) ("Asset Freeze Initial Order") as to Defendant John D. Robson and Relief Defendant Brett R. Adams until

further order of the Court or a final disposition of this action with respect to Robson and Adams. In support of this Motion, the SEC states as follows:

1.  On Tuesday, May 3, 2022, this Court entered the Asset Freeze Initial Order freezing assets, funds, or other property of, *inter alia*, Robson and Adams, including bank and trading accounts and real estate belonging to Robson and Adams.

2.  On or about May 10, 2022, the SEC, Robson, and Adams, among others, filed a proposed stipulation noting that Robson and Adams, among others, consented to an extension of the Asset Freeze Initial Order until the Court issued its ruling following any show cause hearing, with the exception of any carve-outs or other modifications of the Asset Freeze Initial Order as may be proposed by the parties and entered by the Court. Dkt. No. 39.

3.  The SEC has conferred with Robson's and Adams' counsel regarding an extension of the Asset Freeze Initial Order until further order of the Court or a final disposition of this action with respect to them.

4.  Robson and Adams, without admitting or denying the allegations of the Complaint or conceding the legal or factual basis for the Asset Freeze Initial Order, have agreed to a modified extension of the Asset Freeze Initial Order until further order of the Court or a final disposition of this action with respect to them.

5.  Robson and Adams represent that they are the co-equal ultimate beneficial owners of four companies, Western Water Works LLC, Adams Grain Bins, LLC, Clemons Sales Corporation, and Good Company, LLC.

6.  Robson and Adams have agreed to the entry of the attached proposed Stipulated Order. Entry of the proposed Stipulated Order would obviate the need for a show cause hearing as to Robson and Adams.

7. The SEC, Robson, and Adams have also agreed that there is good cause to extend Robson's and Adams' deadline to answer or otherwise respond to the Complaint to July 11, 2022. Dkt. Nos. 36, 37.

8. The SEC has provided a copy of this Motion and proposed Stipulated Order to counsel for Robson and Adams, who consent to its filing.

WHEREFORE the SEC respectfully requests the Court modify the Asset Freeze Initial order by entering the attached proposed Stipulated Order.

Dated: May 23, 2022

Respectfully submitted,

*s/ Nicholas P. Heinke*
Frank D. Goldman (FG9921)
Nicholas P. Heinke (*pro hac vice*)
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
goldmanf@sec.gov
heinken@sec.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2022, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the parties or their counsel, by email.

<u>*s/ Nicholas P. Heinke*</u>