UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>**Plaintiff,**<br><br>vs.<br><br>DAVID LEE STONE and JOHN D. ROBSON,<br><br>**Defendants,**<br><br>and<br><br>HAROLD J. STONE, GWENDOLYN STONE, JUSTIN BLAKESLEY, and BRETT R. ADAMS,<br><br>**Relief Defendants.** | 22 Civ. 3553 (VM)<br><br>ORDER |

    Plaintiff The Securities and Exchange Commission ("SEC") and Relief Defendant, Harold J. Stone ("Mr. Stone"), and their undersigned attorneys of record, have filed and stipulated to the following in order to facilitate the closing of a certain bank account and the transfer of the funds in that account to another financial institution, which is subject to the asset freeze (Dkt. # 17).

    IT IS HEREBY ORDERED that, pending further action by this Court:

1. US Bank Account with the last four digits 8194 ("USB Account") shall be unfrozen.

2. Mr. Stone shall be permitted to move the funds in the USB Account to Horizon Credit Union account with the last four digits 3758, which will remain frozen. Mr. Stone affirms that he will not spend or otherwise dissipate any funds in the USB Account, but

1

rather will transfer all of those funds to the Horizon Credit Union account with the last four digits 3758.

3. Mr. Stone shall close USB Account.

SO ORDERED, this _16th_ day of June, 2022, at _10_ o'clock a.m.

_____
Victor Marrero
U.S.D.J.