FRANK D. GOLDMAN
goldmanf@sec.gov
NICHOLAS P. HEINKE (*pro hac vice*)
heinken@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID LEE STONE and<br>JOHN D. ROBSON,<br><br>                Defendants,<br><br>and<br><br>HAROLD J. STONE,<br>GWENDOLYN STONE,<br>JUSTIN BLAKESLEY, and<br>BRETT R. ADAMS,<br><br>                Relief Defendants. | 22 Civ. 3553 ( VM )<br><br>PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S CONSENTED-TO MOTION FOR ENTRY OF STIPULATED ORDER RELATING TO RELIEF DEFENDANT BLAKESLEY |

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this consented-to motion for a stipulated order continuing, with certain modifications, the Order Freezing Assets and Providing for Other Ancillary Relief (Dkt. No. 17) ("Asset Freeze Initial Order") as to Relief Defendant Justin Blakesley until further order of the Court or a final

disposition of this action with respect to Blakesley. In support of this Motion, the SEC states as follows:

1. On Tuesday, May 3, 2022, this Court entered the Asset Freeze Initial Order freezing assets, funds, or other property of, *inter alia*, Blakesley, including bank and trading accounts and real estate belonging to Blakesley.

2. On or about May 10, 2022, the SEC and Blakesley, among others, filed a proposed stipulation noting that Blakesley, among others, consented to an extension of the Asset Freeze Initial Order until the Court issued its ruling following any show cause hearing, with the exception of any carve-outs or other modifications of the Asset Freeze Initial Order as may be proposed by the parties and entered by the Court. Dkt. No. 39.

3. The SEC has conferred with Blakesley's counsel regarding an extension of the Asset Freeze Initial Order until further order of the Court or a final disposition of this action with respect to him.

4. Blakesley, without admitting or denying the allegations of the Complaint or conceding the legal or factual basis for the Asset Freeze Initial Order, has agreed to a modified extension of the Asset Freeze Initial Order until further order of the Court or a final disposition of this action with respect to him.

5. Blakesley has agreed to the entry of the attached proposed Stipulated Order. Entry of the proposed Stipulated Order would obviate the need for a show cause hearing as to Blakesley.

6. The SEC and Blakesley have also agreed that there is good cause to extend Blakesley's deadline to answer or otherwise respond to the Complaint to September 16, 2022. *See* Dkt. No. 35.

7. The SEC has provided a copy of this Motion and proposed Stipulated Order to counsel for Blakesley, who consent to its filing.

WHEREFORE the SEC respectfully requests the Court modify the Asset Freeze Initial order by entering the attached proposed Stipulated Order.

Dated: July 5, 2022

Respectfully submitted,

*s/ Nicholas P. Heinke*
Frank D. Goldman (FG9921)
Nicholas P. Heinke (*pro hac vice*)
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
goldmanf@sec.gov
heinken@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the parties or their counsel, by email.

*s/ Nicholas P. Heinke*