

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, COLORADO 80294-1961**

**DIVISION OF
ENFORCEMENT**

August 22, 2022

<u>**VIA ECF**</u>

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15B
New York, New York 10007

   Re: <u>Securities and Exchange Commission v. David Stone et al.,</u> 22-cv-3553

Dear Judge Marrero:

  The SEC respectfully moves this Court to permit the filing of the attached proposed amended complaint. The amended complaint was prepared in response to issues raised in pre-motion letters filed by Defendant Robson [Dkt. No. 78], Relief Defendant Adams [Dkt. No. 77], and Relief Defendant Harold Stone [Dkt. No. 90]. *See generally* Dkt. Nos. 82, 83, 91 (SEC response to these pre-motion letters, noting it would file an amended complaint). These parties have consented to the filing of an amended complaint. *See* Dkt. Nos. 85, 87, 90. *See generally* Fed. R. Civ. P. 15(a)(2) (amended pleading not filed in the time frames set forth in (a)(1) may be made "with the opposing party's written consent").

  Therefore, the SEC respectfully requests the Court permit the filing of the attached proposed amended complaint, and further requests the Court order the clerk's office to docket the attached proposed amended complaint.

                Respectfully submitted,
                *s/ Nicholas P. Heinke*
                Nicholas P. Heinke