# McGuireWoods

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Jason H. Cowley**
Direct: 212.548.2138
jcowley@
Fax: 212.7

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2022

September 19, 2022

**BY ECF**

The Honorable Victor Marrero
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
ChambersNYSDMarrero@nysd.uscourts.gov

      RE:    <u>Securities and Exchange Commission v. Stone et al.</u>, 22 Civ. 3553 (VM)

Dear Judge Marrero:

      Pursuant to Rule II.H of the Court's Individual Practices, Standing Order 19-MC-583, and Section 6 of the Southern District of New York Electronic Case Filing Rules & Instructions, we write on behalf of defendant John Robson to seek leave to file under seal Exhibit 2 to Mr. Robson's recently filed letter to the Court (ECF No. 103). Should the Court grant this request, Mr. Robson submits that plaintiff Securities and Exchange Commission should be granted access to the sealed exhibit.

      The exhibit, which was provided to the Court via email and will be filed on ECF under seal pending the Court's ruling on this Motion, is a copy of the Accounting with respect to Mr. Robson's assets, which was prepared pursuant to Court order. The Accounting contains sensitive personal financial information specific to Mr. Robson. Mr. Robson's privacy interest in this information is sufficient to overcome the presumption of public filing. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Additionally, this information is not the type of information that, if sealed, will impact the judicial process or deprive the public of needed information. *See id.*

      Accordingly, Mr. Robson respectfully requests the Court grant him leave to file Exhibit 2 under seal.

      Sincerely,

      */s Jason H. Cowley*
      Jason H. Cowley
      Roy G. Dixon III
      McGuireWoods LLP
      jcowley@mcguirewoods.com

      Nathan Pittman
      Nevin, Benjamin & McKay LLP

September 19, 2022
Page 2

npittman@nbmlaw.com

*Counsel for John D. Robson*

CC:  Counsel of Record

```
Request GRANTED.

SO ORDERED.

Dated:
September 20, 2022          Victor Marrero
New York, New York            U.S.D.J.
```