```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
                    Plaintiff,       :     22 Civ. 3553 (VM)
                                     :
      - against -                    :        ORDER
                                     :
DAVID STONE, et al.,                 :
                                     :
                    Defendants.      :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**


On September 29, 2022, defendant John Robson requested leave to file a motion to dismiss following the parties' premotion letter exchange. (See Dkt. No. 132.) The Court is also in receipt of additional defendants' premotion letters in anticipation of moving to dismiss the complaint.

Defendants are hereby directed to confer and inform the Court within one (1) week as to what extent each defendant's anticipated motion is grounded in the same or substantially similar issues, and if so, indicate what common questions could be raised on a joint motion.


**SO ORDERED.**

Dated: September 30, 2022
      New York, New York

_____
              Victor Marrero
              U.S.D.J.