```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2022

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

DAVID STONE, et al.,

                Defendants.

22 Civ. 3553 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On October 3, 2022, relief defendant Brett Adams requested leave to file under seal Exhibit A to Adams's reply to the Securities and Exchange Commission. (See Dkt. Nos. 126, 135, 137.)

The Securities and Exchange Commission is hereby directed to respond by letter with its position on the sealing request within three (3) days of the date of this Order.

**SO ORDERED.**

Dated:    October 4, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.