**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2022
```

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

DAVID STONE, et al.,

                Defendants.

22 Civ. 3553 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On September 21, 2022, relief defendant Brett Adams informed the Court about a dispute with the Securities and Exchange Commission ("SEC") regarding Adams's proposal to modify the SEC's asset freeze applied against him to freeze only Adams's interest in three properties. (See Dkt. Nos. 108, 112, 17, 47.)

    Upon reviewing the parties' letters on the issue (see Dkt. Nos. 126, 135), the Court is not persuaded that the value of Adams's interest in the three properties meets or exceeds the $2,136,583.00 freeze amount placed against him. The Court is also not persuaded that the SEC would be able to liquidate Adam's interest in the three properties should the SEC obtain a judgment against Adams, given the indirect and partial nature of Adams's property interests and the lack of agreement from relevant entities and co-owners. The Court has reviewed

Adams's other arguments and finds them unpersuasive.

For the reasons stated above, Adams's request to modify the asset freeze order is hereby **DENIED**.

**SO ORDERED.**

Dated:    22 October 2022
         New York, New York

_____
Victor Marrero
U.S.D.J.