FRANK D. GOLDMAN
goldmanf@sec.gov
NICHOLAS P. HEINKE (*pro hac vice*)
heinken@sec.gov
Christopher E. Martin (*pro hac vice*)
martinc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DAVID LEE STONE and JOHN D. ROBSON,**<br><br>**Defendants,**<br><br>**and**<br><br>**HAROLD J. STONE, GWENDOLYN STONE, JUSTIN BLAKESLEY, and BRETT R. ADAMS,**<br><br>**Relief Defendants.** | **22 Civ. 3553 ( VM )**<br><br>**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT AS TO DEFENDANT DAVID LEE STONE** |

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully moves for the entry of judgment as to Defendant David Lee Stone ("Stone" or "Defendant"). In support of this motion, the SEC states as follows:

1. The fully executed and notarized Consent of Defendant David Lee Stone ("Consent") is attached hereto as Exhibit 1. Therein, Defendant Stone has consented to, among other things, the entry of Judgment as to Defendant David Lee Stone ("Judgment") that is attached hereto as Exhibit 2.

2. Defendant Stone pleaded guilty to criminal conduct relating to allegations in the SEC's Amended Complaint. Specifically, in *United States v. David Stone*, Crim. No. 22-00510 (S.D.N.Y.), Defendant pleaded guilty to a violation of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]. In connection with that plea, Defendant admitted the facts set out in the transcript of his plea hearing that is attached as Exhibit A to the Consent.

3. Defendant Stone's sentencing in the aforementioned criminal matter has been scheduled for February 14, 2023.

4. In light of the foregoing, the SEC and Defendant Stone have reached a bifurcated settlement resolving liability as to all non-monetary relief. Defendant Stone has agreed to, among other things, an injunction that permanently restrains and enjoins him from violations of Section 10(b) of the Exchange Act 15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]. *See* Exhibit 2 ¶ I.

5. Furthermore, Defendant Stone has agreed that he shall pay disgorgement of ill-gotten gains, prejudgment interest, and a civil penalty pursuant to Sections 21A and/or 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. *See id.*, ¶ II. Defendant Stone has further agreed that if the parties cannot come to a resolution of the SEC's monetary claims, the SEC shall file a contested Motion for Final Judgment and the Court shall determine the appropriate amount(s) of the disgorgement, prejudgment interest, and civil penalty. *See id.*

6. Defendant Stone has further agreed: (a) to waiving the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure; (b) to waiving the right, if any, to a jury trial and to appeal from the entry of the Judgment; (c) to not opposing the enforcement of the Judgment on the ground, if any exists, that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and waives any objection based thereon; (d) that the Consent shall be incorporated into the Judgment with the same force and effect as if fully set forth herein; and (e) this Court shall retain jurisdiction over this matter for the purpose of enforcing the Judgment. *See* Exhibit 1 ¶¶ 6-7, 9-10, and 17.

7. Lastly, this Motion is unopposed. Defendant Stone has consented to the relief and the Court entering the Judgment, waiving service of the Judgment, and that the SEC may present the Judgment to the Court for signature and entry without further notice. *See id.*, ¶¶ 3-4, 11, and 16. In addition, undersigned counsel conferred with counsel for Defendant Stone and counsel for Defendant Stone did not have any objection to the proposed relief.

**WHEREFORE**, the SEC respectfully moves for the entry of the unopposed Judgment as to Defendant Stone by entering the attached proposed Judgment.

Dated: November 16, 2022

Respectfully submitted,

*s/ Christopher E. Martin*
Frank D. Goldman (FG9921)
Nicholas P. Heinke (*pro hac vice*)
Christopher E. Martin (*pro hac* vice)
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
goldmanf@sec.gov
heinken@sec.gov
martinc@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2022, I caused the foregoing to be electronically filed by using the CM/ECF system.

<div align="right">

*s/ Christopher E. Martin*

</div>