Lorne M. Reiter (LR6464)
Law Offices of Lorne M. Reiter, LLC
14 Wall St., 20th Floor
New York, NY 10005
212-222-0955
lreiter@lreiterlaw.com

Vaughn Fisher, ISB No. 7624 (Pro Hac Vice)
Marta Horton, ISB No. 11192
FISHER HUDSON SHALLAT
950 W. Bannock St. Suite 630
Boise, Idaho 83702
208-345-7000
vaughn@fisherhudson.com
marta@fisherhudson.com
service@fisherhudson.com

*Attorneys for Relief Defendant Harold J. Stone*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DAVID LEE STONE and JOHN D. ROBSON,**<br><br>**Defendants,**<br><br>**and**<br><br>**HAROLD J. STONE, GWENDOLYN STONE, JUSTIN BLAKESLEY, and BRETT R. ADAMS,**<br><br>**Relief Defendants.** | **22 Civ. 3553 (VM)**<br><br>**<u>NOTICE OF SERVICE</u>** |

NOTICE IS HEREBY GIVEN that on the 27th day of March, 2023, a copy of Relief Defendant Harold J. Stone's Amended Verified Accounting and this Notice of Service were served by email to Counsel of Record for Plaintiff United States Securities and Exchange Commission.

RESPECTFULLY SUBMITTED this 27th day of March, 2023.

*/s/ Vaughn Fisher*
Vaughn Fisher (ISB No. 7525)
*Pro Hac Vice*
FISHER HUDSON SHALLAT
950 W. Bannock St. Suite 630
Boise, Idaho 83702
208-345-7000
vaughn@fisherhudson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of March 2023, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the parties or their counsel, by email.

*/s/ Vaughn Fisher*