UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>        - against -<br><br>STONE et al.,<br><br>                  Defendants. | 22-cv-3553<br><br>ORDER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/12/24 |

**VICTOR MARRERO**, United States District Judge.

    The Court has received the letter dated January 11, 2024, from Relief Defendant Justin Blakesley and Plaintiff Securities and Exchange Commission requesting a telephone conference with the Court. The Court shall hold a telephone conference in this matter on January 19, 2024, at 3:00 p.m.

    The parties are directed to file a joint letter not to exceed three pages, no later than January 16, 2024, describing the issues to be raised at the conference as well as the parties' respective positions if there is a dispute requiring resolution by the Court.

**SO ORDERED.**

Dated:    12 January 2024
             New York, New York

                                                    _____
                                                    Victor Marrero
                                                      U.S.D.J.