**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                      Plaintiff,

            - against -

STONE et al.,

                    Defendants.

**22-cv-3553**

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/24
```

**VICTOR MARRERO, United States District Judge.**

    The telephone conference in this matter currently scheduled for January 19, 2024, at 3:00 p.m., is hereby adjourned to January 24, 2024, at 3:30 p.m.

**SO ORDERED.**

Dated:    18 January 2024
          New York, New York

                                    Victor Marrero
                                    U.S.D.J.