UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>      **Plaintiff,**<br><br>    v.<br><br>**DAVID LEE STONE and JOHN D. ROBSON,**<br><br>      **Defendants,**<br><br>**and**<br><br>**HAROLD J. STONE, GWENDOLYN STONE, JUSTIN BLAKESLEY, and BRETT R. ADAMS,**<br><br>      **Relief Defendants.** | **Case No. 22-cv-3553 (VM)**<br><br>**UNOPPOSED JOINT MOTION TO MODIFY THE ASSET FREEZE ORDER AS TO DEFENDANT JOHN D. ROBSON** |

  Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant John D. Robson ("Robson") jointly move to modify the asset freeze Order, ECF No. 17, as modified, ECF Nos. 47 and 244, to allow Mr. Robson to sell securities held in a frozen brokerage account and crypto account, with the proceeds to remain in the frozen accounts:

  The Court previously entered an Order freezing certain of Mr. Robson's assets, funds, and other property, including bank and brokerage accounts. ECF Nos. 17, 47, and 244. Without further Order of the Court, Mr. Robson is effectively prohibited from selling or otherwise disposing of securities in his frozen accounts. *See* ECF No. 17 ¶¶ G-H. The SEC and Mr. Robson are currently engaged in good-faith settlement negotiations. To further those discussions and facilitate a potential resolution of this matter, the SEC hereby agrees that it is appropriate to

modify the asset freeze to permit Mr. Robson to:

(1) sell/liquidate the securities held in a frozen brokerage account in his name held by TD Ameritrade, Inc. ("TD Ameritrade"), ending *8181. The proceeds of such sales shall remain in the TD Ameritrade account (ending *8181) and continue to be restrained and frozen by the asset freeze; and

(2) sell/liquidate the crypto assets held in a frozen crypto account in his name held by Coinbase, Inc. ("Coinbase"). The proceeds of such sales shall remain in the Coinbase account and continue to be restrained and frozen by the asset freeze.

## **CONFERRAL**

Both the SEC and Mr. Robson consent to the requested relief and they did not confer with any of the other parties to this litigation, since the proposed relief requested in this Joint Motion only relates to Mr. Robson's personal assets.

**WHEREFORE**, the SEC and Mr. Robson respectfully request that the asset freeze be modified to permit Mr. Robson to: (1) sell/liquidate—and TD Ameritrade to accept and execute orders from him to sell/liquidate—the securities held in Mr. Robson's frozen TD Ameritrade brokerage account, ending *8181, with the proceeds of such sales to remain in cash or in a money market fund and remain frozen until further order of the Court; and (2) sell/liquidate—and Coinbase to accept and execute orders from him to sell/liquidate—the crypto assets held in Mr. Robson's frozen Coinbase account, with the proceeds of such sales to remain in cash or money market account and remain frozen until further order of the Court.

A proposed Order is attached for the Court's convenience.

Dated: January 31, 2024.          Respectfully submitted,

/s/ *Jason H. Cowley*          s/ *Christopher E. Martin*
Jason H. Cowley          Frank D. Goldman (FG9921)
Roy G. Dixon III          Christopher E. Martin (pro hac vice)
McGuireWoods LLP          Ian K. Kellogg (pro hac vice)
jcowley@mcguirewoods.com

         *Counsel for Plaintiff Securities and Exchange Commission*

Nathan Pittman
Nevin, Benjamin & McKay LLP
npittman@nbmlaw.com
*Attorneys for Defendant John D. Robson*