UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>      v.<br><br>DAVID LEE STONE and<br>JOHN D. ROBSON,<br><br>                      Defendants,<br><br>and<br><br>HAROLD J. STONE,<br>GWENDOLYN STONE,<br>JUSTIN BLAKESLEY, and<br>BRETT R. ADAMS,<br><br>                    **Relief Defendants.** | Case No. 22-cv-3553 (VM)<br><br>ORDER GRANTING UNOPPOSED JOINT MOTION TO MODIFY THE ASSET FREEZE ORDER AS TO DEFENDANT JOHN D. ROBSON<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/2/24 |

This matter comes before the Court on the Joint Motion filed by Plaintiff United States Securities and Exchange Commission and Defendant John D. Robson ("Robson") seeking leave to modify the Court's Asset Freeze Order, ECF No. 17, as modified, ECF Nos. 47 and 244, to allow Mr. Robson to sell securities held in a frozen brokerage account and crypto account, with the proceeds to remain in the frozen accounts. Being fully advised of the premises, the Court hereby **ORDERS** that the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Asset Freeze Order, ECF Nos. 17, 47, and 244, as to Mr. Robson is **MODIFIED** to permit him to:

(1) sell/liquidate the securities held in a frozen brokerage account in his name held by TD Ameritrade, Inc. ("TD Ameritrade"), ending *8181. The proceeds of such sales shall

remain in the TD Ameritrade account (ending *8181) and continue to be restrained and frozen by the asset freeze; and

(2) sell/liquidate the crypto assets held in a frozen crypto account in his name held by Coinbase, Inc. ("Coinbase"). The proceeds of such sales shall remain in the Coinbase account and continue to be restrained and frozen by the asset freeze.

**SO ORDERED** this 2nd day of February, 2024.

_____
The Honorable Victor Marrero
United States District Judge