UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/0____
```

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

           Plaintiff,

v.

DAVID LEE STONE and
JOHN D. ROBSON,

           Defendants,

and

HAROLD J. STONE,
GWENDOLYN STONE,
JUSTIN BLAKESLEY, and
BRETT R. ADAMS,

           Relief Defendants.

Case No. 22-cv-3553 (VM)

ORDER GRANTING
UNOPPOSED JOINT
MOTION TO MODIFY THE
ASSET FREEZE ORDER AS
TO RELIEF DEFENDANT
BRETT R. ADAMS

    This matter comes before the Court on the Joint Motion filed by Plaintiff United States Securities and Exchange Commission and Relief Defendant Brett R. Adams ("Adams") seeking leave to modify the Court's Asset Freeze Order, ECF No. 17, as modified, ECF Nos. 47 and 243, to allow Mr. Adams to sell securities held in a frozen brokerage account, with Mr. Adams holding such proceeds in cash or in a money market fund and the entire account shall remain frozen until further order of the Court. Being fully advised of the premises, the Court hereby **ORDERS** that the Motion is **GRANTED**.

    **IT IS HEREBY ORDERED** that the Asset Freeze Order, ECF Nos. 17, 47, and 243, as to Mr. Adams is **MODIFIED** to permit him to sell/liquidate the securities held in a frozen brokerage account in his name held by TD Ameritrade, Inc. ("TD Ameritrade"), ending *1423.

The proceeds of such sales shall remain frozen in the TD Ameritrade account (ending *1423) and Mr. Adams shall hold such proceeds in cash or in a money market fund and the entire account shall remain frozen until further order of the Court.

    **SO ORDERED** this 6th day of February, 2024.

_____
The Honorable Victor Marrero
United States District Judge