UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID LEE STONE and<br>JOHN D. ROBSON,<br><br>                Defendants,<br><br>and<br><br>HAROLD J. STONE,<br>GWENDOLYN STONE,<br>JUSTIN BLAKESLEY, and<br>BRETT R. ADAMS,<br><br>                Relief Defendants. | 22 Civ. 3553 ( VM )<br><br>ORDER GRANTING PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO TEMPORARILY STAY THIS CASE FOR 90 DAYS TO ALLOW THE SEC'S COMMISSIONERS TO CONSIDER CERTAIN OFFERS OF SETTLEMENT |

      Plaintiff United States Securities and Exchange Commission ("SEC") has filed an unopposed Motion for the Court to temporarily stay this case for 90 days to allow the SEC's Commissioners to consider certain offers of settlement without prejudice to any party ("Motion" ECF No. __).

      The Court, having considered the motion and being fully advised of the premises:

      **IT IS HEREBY ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  This case is stayed through and including May 27, 2024, to allow the SEC staff to seek the SEC Commissioners' approval of the proposed settlement offers. As soon as counsel for the SEC learns of the Commissioner's determination, they shall promptly notify the Court and if

appropriate, file the settlement paperwork. If the Commissioners have not decided whether to approve or reject the settlement offers by the end of this 90-day period, counsel for the SEC will promptly provide a status report to the Court (and request an extension of the stay, if appropriate) regarding the status of the Commissioners consideration of the settlement offers.

**SO ORDERED.**

Dated: February 29, 2024
    New York, New York

                                                 Victor Marrero
                                                   U.S.D.J.