UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>        v.<br><br>DAVID LEE STONE and JOHN D. ROBSON,<br><br>                              Defendants,<br><br>and<br><br>HAROLD J. STONE, GWENDOLYN STONE, JUSTIN BLAKESLEY, and BRETT R. ADAMS,<br><br>                              Relief Defendants. | 22 Civ. 3553 ( VM )<br><br>ORDER GRANTING UNOPPOSED MOTION TO STAY CASE FOR 90 DAYS TO ALLOW THE SEC'S COMMISSIONERS TO CONSIDER A SETTLEMENT OFFER<br><br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/23/24 |

    Plaintiff United States Securities and Exchange Commission ("SEC") has filed an unopposed Motion for the Court to temporarily stay this case for 90 days to allow the SEC's Commissioners to consider certain an offer of settlement from the remaining parties to this case.

    The Court, having considered the motion and being fully advised of the premises:

    **IT IS HEREBY ORDERED AND ADJUDGED** that the Motion is **GRANTED**. This case is stayed for 90 days from the date of this Order to allow the SEC staff to seek the SEC Commissioners' approval of the proposed settlement offer. As soon as counsel for the SEC learns of the Commissioners' determination, they shall promptly notify the Court and if appropriate, file the settlement paperwork. If the Commissioners have not decided whether to approve or reject the settlement by the end of this 90-day period, counsel for the SEC will

promptly provide a status report to the Court (and request an extension of the stay, if appropriate) regarding the status of the Commissioners' consideration of the settlement offer.

**SO ORDERED.**

Dated: September 23, 2024
      New York, New York

                                        Victor Marrero
                                        U.S.D.J.